UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BILL NORKUNAS**, individually,

    Plaintiff,

v.                                    CASE NO.   3:09-cv-970-J-25JBT

**HARBOUR PLACE LAND LLC**, a Foreign
Limited Liability Company,

    Defendant.

_____

## O R D E R

Pursuant to the parties' Stipulation (Dkt. 20), it is

**ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk is directed to close this case.

**DONE AND ORDERED** this 16th day of November, 2010.

_____
HENRY LEE ADAMS, JR.
United States District Judge

Copies to:    Counsel of Record